MARY A. DENIKE, Respondent, *v.* ABRAHAM DENIKE et al., Appellants.

*Denike* v. *Denike,* 44 App. Div. 621, affirmed.
(Argued May 6, 1901; decided May 21, 1901.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 12, 1899, reversing a judgment in favor of defendants entered upon a dismissal of the complaint by the court on trial at Special Term and granting a new trial.

*Raphael J. Moses* and *Mirabeau L. Towns* for appellants.

*Henry J. Morris* for respondent.

Order affirmed and judgment absolute ordered for plaintiff on the stipulation, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN, VANN and WERNER, JJ.

---

IDA SEIDELBACH et al., Respondents, *v.* ROBERT L. KNAGGS, Appellant.

*Seidelbach* v. *Knaggs,* 44 App. Div. 169, affirmed.
(Submitted May 6, 1901; decided May 21, 1901.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered December 5, 1899, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*Abraham Cohen* for appellant.

*G. S. Espenscheid, S. M. Meeker* and *D. E. Meeker* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: PARKER, Ch. J., GRAY, BARTLETT, HAIGHT, MARTIN. VANN and WERNER, JJ.